CONTINENTAL WALL PAPER CO., Respondent, v. UHL BROS., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by the Continental Wall Paper Company against Uhl Bros. A. Wardwell, for appellant. L. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONWAY, Appellant, v. AUBURN CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Walter J. Conway against the Auburn City Railway Company.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK, J., not voting.

COOPER, Appellant, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Seth Cooper against Mary E. Cooper and others. No opinion. Order affirmed, with $10 costs and disbursements.

CORNISH, Respondent, v. TRIBUNE ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Harry S. Cornish against the Tribune Association. H. W. Sackett, for appellant. T. C. Byrnes, for respondent. No opinion. Judgment affirmed with costs, with leave to the defendant to withdraw demurrer and answer in 20 days, on payment of costs in this court and in the court below.

In re COTTER. (Supreme Court, Appellate Division, First Department. June 19, 1903.) In the matter of John Cotter. No opinion. Proceeding dismissed.

COWEN, Respondent, v. ROUSS, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Lizzie S. Cowen against William W. Rouss. W. J. Townsend, for appellant. B. Steinhardt, for respondent. No opinion. Judgment (81 N. Y. Supp. 276) affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

COX, Appellant, v. HALLORAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Edward A. Cox against John Halloran. No opinion. Order resettled, so as to recite that the reversal was upon the facts as well as the law. Application otherwise denied.

CRONIN v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Mary Cronin, as administratrix, against the Metropolitan Street Railroad Company. No opinion. Order resettled.

In re CULLINAN, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) In the matter of the petition of Patrick W. Cullinan, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 4,171, issued to Agnes McCue. No opinion. Order affirmed, with $10 costs and disbursements, upon the opinion of MAREAN, J., at Special Term. 80 N. Y. Supp. 607.

In re CULLINAN, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) In the matter of the application of Patrick W. Cullinan, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 3,614, issued to Joe Kray. No opinion. Order settled and signed.

In re CULLINAN. In re TRAGER. (Supreme Court, Appellate Division, First Department. May 22, 1903.) In the matter of Patrick W. Cullinan and of Max Trager. No opinion. Order affirmed, with costs.

CULLINAN, Commissioner, Respondent, v. KUCH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Patrick W. Cullinan, as commissioner, against Otto Kuch and the Fidelity & Casualty Company. A. P. Page, for appellants. W. E. Schenck, for respondent. No opinion. Judgment and order affirmed, with costs.

CURTIS BROS. LUMBER CO., Respondent, v. FISKE, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by the Curtis Bros. Lumber Company against George P. Fiske. No opinion. Judgment of the Muncipal Court affirmed, with costs.

CURTIS et al., Respondents, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Grove D. Curtis and another against Benjamin Sire. R. J. Mahon, for appellant. W. C. Relyea, for respondents. No opinion. Judgment affirmed, with costs.

DANIELS, Respondent, v. ROGERS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Frank A. Daniels against William A. Rogers and others. H. T. Fay, for appellants. J. E. Bullen, for respondent. No opinion.